**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2915 Disciplinary Docket No. 3 |
| Petitioner | : | No. 41 DB 2022 |
| v. | : | Attorney Registration No. 19420 |
| | : | (Philadelphia) |
| CHARLES C. SHAINBERG, | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2022, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is **GRANTED**, and Charles C. Shainberg is suspended on consent from the Bar of this Commonwealth for a period of one year. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).